*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
HOLIFIELD, STEWART, and HACKEL
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Erik K. LARSON**
Steelworker First Class (E-6), U.S. Navy
*Appellant*

**No. 202100304**

_____

Decided: 15 February 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Derek D. Butler (arraignment)
Kimberly J. Kelly (trial)

Sentence adjudged 28 July 2021 by a general court-martial convened at Naval Base Mayport, Florida, consisting of a military judge sitting alone. Sentence approved by the convening authority: reduction to E-3, confinement for 24 months, and a bad-conduct discharge.[1]

For Appellant:
*Commander Kyle C. Kneese, JAGC, USN*

---

[1] The convening authority suspended confinement in excess of 18 months and reduction below the grade of E-5 pursuant to a pretrial agreement. Appellant was credited with 285 days' pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.